MURRAY CHERNOW, Doing Business under the Name of SHARON LUNCHEON-ETTE, Respondent, v. MAIN STORES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ.; Murphy, J., not voting.

ETCHED PRODUCTS CORPORATION, Respondent, v. ROMAN SILVERSMITHS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ.; Murphy, J., not voting.

In the Matter of JOSEPH J. BIEDER, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Motion by petitioner to dispense with printing denied, without costs, and without prejudice to renewal. The motion is premature. A proceeding to review the determination of the respondent, Commissioner of Motor Vehicles, must be initiated at Special Term. (Civ. Prac. Act, § 1287.) The Special Term may then determine the proceeding or, under certain circumstances, transfer it to this court. (Civ. Prac. Act, § 1296, subd. 7.) From the papers submitted it does not appear that any proceeding has been commenced at Special Term or that this court presently has any jurisdiction. If petitioner subsequently should make an application for leave to proceed as a "poor person", the papers thereon should comply with the relevant statutory provisions. (Civ. Prac. Act, §§ 196, 558; Rules Civ. Prac., rules 35, 36.) Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ.

In the Matter of the Application of GEORGE E. STEINBUGLER for Permission to Withdraw His Resignation and for Reinstatement as an Attorney.— The matter is referred to the Committee on Character and Fitness of the Second Judicial District for a full investigation, hearing and report as to the applicant's character and fitness to be presently a member of the Bar. The investigation should embrace all the activities of the applicant, including those which led to his voluntary resignation from the Bar. The application for reinstatement will be held in abeyance until the receipt of the character committee's report. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

WALTER MICHALOWSKI, Appellant, v. FREDERICK J. EY, as Office of Property Custodian, Nassau County Police Department, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 282 App. Div. 965.]

ROSE WEISBROD, Respondent-Appellant, v. ROBERT STORFER et al., Copartners Doing Business under the Name of ROBERT STORFER FURS, Appellants-Respondents.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ.; Murphy, J., not voting.